DJW/bh

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**RURAL WATER DISTRICT NO. 4
DOUGLAS COUNTY, KANSAS,**

           **Plaintiff,**

**CIVIL ACTION**

**v.**

**No. 07-2463-JAR-DJW**

**CITY OF EUDORA, KANSAS,**

           **Defendant.**

**ORDER**

A telephone conference was held in this case on April 21, 2008. Plaintiff appeared through its attorneys, John W. Nitcher, Michael D. Davis, Michael Colby Kirkham and Steven M. Harris, and through its representative, Scott Schultz. Defendant appeared through its attorney, Curtis L. Tideman.

The telephone conference was initially scheduled as a pretrial conference; however, the Court found it necessary to continue the pretrial conference to **April 24, 2008 at 11:00 a.m.** The parties shall revise the proposed pretrial order so that it conforms to the form pretrial order available on the Court's website (www.ksd.uscourts.gov). Defendant shall submit the revised proposed pretrial order to the Magistrate Judge by **5:00 p.m. on April 23, 2008.**

**IT IS SO ORDERED**.

Dated in Kansas City, Kansas on this 21st day of April 2008.

                                              s/ David J. Waxse
                                              David J. Waxse
                                              U.S. Magistrate Judge

cc:    All counsel and *pro se* parties